MENDELSON BROS. FACTORS, INC., Appellant, *v.* ARTHUR SACHS et al., Individually and as Copartners under the Name of GOLDMAN SACHS & Co., et al., Respondents, Impleaded with Another.

Argued October 11, 1938; decided October 25, 1938.

*Sidney S. Bobbé* and *Alexander Slater* for appellant.
*Walter H. Pollak* and *Mordecai Rochlin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.